UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON KUPERMAN, an individual<br>Plaintiff,<br>vs.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and Does 1 through 50, inclusive<br>Defendants. | Case No. 2:16-cv-03423-RGK (PLAx)<br>[Assigned to Hon. R. Gary Klausner]<br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br>Trial Date: May 23, 2017 |

Pursuant to the parties' Stipulation For Dismissal of Entire Action With Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed in its entirety with prejudice. Each party is to bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated:

R. GARY KLAUSNER
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRIAL DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, California 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On March 20, 2017, I served the foregoing documents on the interested parties in this action entitled as follows:

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**See Attached Service List**

[ ] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] (**BY PERSONAL SERVICE**) I caused to be hand delivered such envelope to the addressee so indicated.

[XX] (**BY THE COURT'S ECF SYSTEM)** I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ] (**BY FEDERAL EXPRESS**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on March 20, 2017, at Los Angeles, California.

*/s/ Celia Flippin*
CELIA FLIPPIN

# SERVICE LIST

***Leon Kuperman v. National Union Fire Insurance Company of Pittsburgh, PA.***
***United States District Court, Case No. 2:16-cv-03423-RGK (PLAx)***

***Attorneys for Plaintiff***
***LEON KUPERMAN***

Lawrence C. Ecoff, Esq.
Alberto J. Campain, Esq.
ECOFF CAMPAIN TILLES, LLP
A Limited Liability Partnership
280 South Beverly Dr., Ste. 504
Beverly Hills, California 90212

Ph. (310) 887-1850
Fax (310) 887-1855

Email: ecoff@ecofflaw.com
Email: campain@ecofflaw.com