JS-6

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON KUPERMAN, an individual | Case No. 2:16-cv-03423-RGK (PLAx) |
| Plaintiff, | [Assigned to Hon. R. Gary Klausner] |
| vs. | [~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and Does 1 through 50, inclusive | Trial Date:  May 23, 2017 |
| Defendants. | |

Pursuant to the parties' Stipulation For Dismissal of Entire Action With Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed in its entirety with prejudice. Each party is to bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: March 21, 2017

*/s/ Gary Klausner*

R. GARY KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRIAL
DISTRICT OF CALIFORNIA

1